UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAVINO DEL BENE USA, INC.,

                          Plaintiff,

   -v-

ELEGANZA TILES, INC.,

                         Defendant.

CIVIL ACTION NO. 23 Civ. 5983 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Friday, October 20, 2023 at 11:00 a.m.** on the Court's conference line (the "Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the Conference, the parties shall be prepared their availability for a settlement conference.

Dated:    New York, New York
            September 20, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge