UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAVINO DEL BENE USA , INC.,

                Plaintiff,

-v-

ELEGANZA TILES, INC.,

                Defendant.

CIVIL ACTION NO. 23 Civ. 5983 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Per the Court's settlement conference scheduling order, by November 8, 2023, the parties were required to email to chambers and to each other their pre-conference submissions. (ECF No. 28 at 2). The parties have not done so. As a **one-time** courtesy, the Court sua sponte extends the parties' deadline to do so to **November 9, 2023 at 5:00 p.m.** The parties are warned that failure to meet this extended deadline may result in cancellation of the November 15, 2023 settlement conference.

Dated:      New York, New York
               November 9, 2023

SO ORDERED.

_[signature]_

**SARAH L. CAVE**
United States Magistrate Judge