UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAVINO DEL BENE USA , INC.,

                Plaintiff,

-v-

ELEGANZA TILES, INC.,

                Defendant.

CIVIL ACTION NO. 23 Civ. 5983 (JMF) (SLC)

**ORDER**

---

**SARAH L. CAVE,** United States Magistrate Judge.

On review of the parties' letters at ECF Nos. 31–32, the Court deems the Order to Show Cause at ECF No. 30 to be satisfied, and will not impose sanctions on Defendant at this time.

The settlement conference previously scheduled for November 15, 2023 (ECF No. 28) and subsequently cancelled by the Court (ECF No. 30) is REINSTATED and will take place on **Tuesday, December 12, 2023 at 10:00 a.m.** by videoconference hosted by the Court on the Microsoft Teams platform.  All other aspects of the Court's prior scheduling Order at ECF No. 28 remain in effect, except that the parties' pre-conference submissions and completed Attendance Acknowledgement Forms are due no later than **December 5, 2023.**

Dated:      New York, New York
                November 14, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I represent the ☐ Plaintiff ☐ Defendant

☐ I acknowledge that I am attending a virtual settlement conference **through the Court's Microsoft Teams platform** on _____ at _____.

Please provide the name of any co-counsel who will attend the conference with you.

_____
_____
_____

☐ I acknowledge that my client, and any other relevant decisionmakers, will attend the settlement conference.

Please provide the name and title, if applicable, of the individuals who will attend:

_____
_____
_____

Next to the name of each conference participant, please indicate the email address the Microsoft Teams invitation should be sent to.

_____     _____
Signature                                                              Date

_____
Name (print)