UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SAVINO DEL BENE USA, INC., :
:
Plaintiff, :
: 23-CV-5983 (JMF)
-v- :
: ORDER
:
ELEGANZA TILES, INC., :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The deadline for the parties to file any motions for summary judgment was yesterday, March 27, 2024. *See* ECF Nos. 26, 36. No motion was filed. Accordingly, the parties have forfeited their rights to seek summary judgment and shall file a proposed Joint Pretrial Order, along with the other pretrial materials required by the Court's Individual Rules and Practices, no later than **April 18, 2024**. If a settlement agreement has been reached (or is reached later), the parties should promptly inform the Court.

      SO ORDERED.

Dated: March 28, 2024
       New York, New York
                                          JESSE M. FURMAN
                                        United States District Judge