UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAVINO DEL BENE U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> ELEGANZA TILES, INC., <br><br> Defendant. | Case No.: 1:23-cv-05983-JMF |

## CONSENT FINAL JUDGMENT

THIS CAUSE having been brought before the Court on the Parties' Stipulation for Entry of Consent Final Judgment, and upon review of the Court file:

IT IS ADJUDGED that SAVINO DEL BENE U.S.A., INC., whose address is 34 Englehard Ave Avenel, New Jersey, 07001, shall recover the sum of **$329,339.01** against the Defendant, ELEGANZA TILES, INC., whose address is 3125 E Coronado, Anaheim, CA 92806. This Judgment shall bear interest at the statutory rate of 5.04% per year, for which let execution issue herewith, subject to the separate and concurrent Settlement and Tolling Agreement between the Parties.

**DONE AND ORDERED** in New York County, New York, this 19th day of April, 2024.

The Clerk of Court is directed to close the case.

_____
JESSE M. FURMAN
UNITED STATES DISTRICT COURT JUDGE

1